IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **GEORGE M. SAUNDERS, JR.** | * | Case No. 24-12842 |
| | * | Chapter 7 |
| | * | |
| Debtor. | * | |
| | * | |
| ***************************************** | | |
| **THE ESTATE OF JASON S. KIDDY** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Adversary No. 24-00280 |
| | * | |
| **GEORGE M. SAUNDERS, JR.** | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*

### DEBTOR / DEFENDANT GEORGE M. SAUNDERS, JR.'S DEPOSTION DESIGNATIONS OF PLAINTIFF

Debtor / Defendant George M. Saunders, Jr. (hereinafter, the "Debtor" or "Mr. Saunders"), by and through his undersigned counsel, files Defendant's Deposition Designations of Plaintiff pursuant to the Court's Scheduling Order dated January 30, 2025 (Dkt. #17), and D. Md. Bankr. R. 7016-1, and states as follows:

I. **DEFENDANT'S DEPOSITION DESIGNATIONS OF PLAINTIFF JASON S. KIDDY**

    a. Designations of Plaintiff Jason S. Kiddy's video Deposition dated September 1, 2021, are attached hereto as **Exhibit A**.

    b. On June 16, 2023, a *de bene esse* video deposition of Plaintiff Jason S. Kiddy was taken for the purpose of trial in *Jason S. Kiddy v. Geroge M. Saunders, Jr., et al.*, Case No. C-02-CV-20-001452, Circuit Court for Anne Arundel County, Maryland ("State Court"). Plaintiff's counsel has indicated that they intend to designate all of Plaintiff's *de bene esse* video deposition for trial in this matter. Thus, to the extent permitted by the Court, Defendant preserves all objections made on the record in the deposition, and further objects to portions of the transcript that are not relevant to Plaintiff's claims in this matter which are attached hereto as **Exhibit B**.

Defendant's objections are based in part on the State Court's findings on Plaintiff's breach of contract claims under the Operating Agreement and Loan Agreement of Beacon Scientific, LLC. The State Court found the Loan Agreement was clear and unambiguous. Thus, this issue regarding the ambiguity of the agreements should not be relitigated under the doctrine of collateral estoppel (issue preclusion) which is applicable in dischargeability proceedings. *In re Muhs*, 923 F.3d 377, 385 (4th Cir. 2019) (citing *Grogan v. Garner*, 498 U.S. 279, 284 n. 11 (1991)). *See also Li. v. Chu (In re Chu)*, Case No. 18-20703-LSS, 2019 Bankr. LEXIS 2745 (Bankr. D. Md. 2019) and *Gulati v. McClendon (In re McClendon)*, 415 B.R. 170, 180 (Bankr. D. Md. 2009) (discussing elements of collateral estoppel). Portions Plaintiff's testimony in his *de bene esse* deposition for the State Court

trial was parole evidence on the issue of the ambiguity of the Loan Agreement, including numerous e-mails, draft agreements, and verbal discussions about Plaintiff's understanding of the meaning of certain provisions – all of which should be precluded in this matter based on the State Court's decision.   Defendant has set forth all such objections in Exhibit B.

    c. Designations of Plaintiff Jason S. Kiddy's Deposition dated September 22, 2023, are attached hereto as **Exhibit C**.

McNamee, Hosea P.A.

By: /s/ *Janet M. Nesse*
Janet M. Nesse (Fed Bar No. 07804)

By: /s/ *Craig Palik*
Craig M. Palik (Fed Bar No. 15254)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420 Telephone
(301) 982-9450 Facsimile
jnesse@mhlawyers.com


/s/     *Jonathan P. Kagan*
Jonathan P. Kagan (Fed Bar No. 23181)
kagan@kaganstern.com

/s/     *Patrick W. Daley*
Patrick W. Daley (Fed Bar No. 19801)
daley@kaganstern.com

KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
410-216-7900 Telephone
410-705-0836 Facsimile

*Attorneys for Defendant,*
*George M. Saunders, Jr.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September, 2025, a copy of the foregoing Defendant's Deposition Designations of Plaintiff was served electronically on all parties receiving ECF notice via the Court's CM/ECF electronic filing system.

/s/   *Jonathan P. Kagan*
Jonathan P. Kagan (Fed Bar No. 23181)